UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DS HEALTHCARE GROUP, INC. and
MEDITAGO HOLDINGS LLC,

    Plaintiffs,

v.

WALMART, INC., a Delaware corporation;
and UNKNOWN DISTRIBUTOR, an
Individual, Partnership, Business Entity, or
Unincorporated Association.

    Defendants.
_____/

CASE NO. 1:23-CV-24390

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs DS Healthcare Group, Inc. and Meditago Holdings LLC (collectively "DSH") and Defendant Walmart, Inc. ("Walmart") (all, collectively, the "Parties"), by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-styled action with prejudice, with each party bearing their own attorneys' fees and costs.

SO STIPULATED:

| | |
|---|---|
| Recalde Law Firm, P.A. | GS2Law PLLC |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Walmart, Inc.* |
| 1815 Purdy Avenue | 20803 Biscayne Blvd, Suite 405 |
| Miami Beach, FL 33139 | Aventura, FL 33180 |
| Ph: 305-792-9100 | Ph: 1 (212) 380-3623 |
| By: /s/*Rafael Recalde* | By: /s/*Robert Garson* |
| Rafael Recalde, Esq. | Robert Garson, Esq. |
| FBN: 60040 | FBN: 1034548 |
| Primary: rafael@recaldelaw.com | Primary: rg@gs2law.com |
| Secondary: geremy@recaldelaw.com | |